FILED

JUL 10 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS ALLT and ADRIANA ALLT, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>TIM J. GEORGE, d/b/a MONTANA MOBILE TRUCK & TRAILER REPAIR; EUGENE TRUCK HAVEN INC., d/b/a TRUCK N TRAVEL; TA OPERATING MONTANA LLC, d/b/a TRAVELCENTERS OF AMERICA; and BUSINESS ENTITIES 1 through X,<br><br>    Defendants. | CV 19–98–M–DLC<br><br>ORDER |

Before the Court is the Motion to Admit Mr. Jarom Whitehead *Pro Hac Vice* of Plaintiffs Thomas Allt and Adriana Allt. (Doc. 7.) Mr. Whitehead's application appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 7) is GRANTED on the condition that Mr. Whitehead shall do his or her own work. This means that he must (1) do his writing, (2) sign his own pleadings, motions, and briefs, and (3) appear and participate personally. Counsel shall take steps to register in the

1

Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Whitehead, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 10th day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court