

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

THOMAS ALLT and ADRIANA ALLT,
husband and wife,

Plaintiffs,

vs.

TIM J. GEORGE, dba MONTANA
MOBILE TRUCK & TRAILER REPAIR;
EUGENE TRUCK HAVEN, INC., dba
TRUCK N TRAVEL; TA OPERATING
MONTANA LLC, dba
TRAVELCENTERS OF AMERICA; and
BUSINESS ENTITIES I through X,

Defendants.

CV 19–98–M–DLC

ORDER

Defendant TA Operating, LLC d/b/a TravelCenters of America moves for
the admission of Michael Correnti to practice before this Court in this case with
Ian McIntosh of Crowley Fleck, PLLP to act as local counsel. The application
appears to be in order.

Accordingly, IT IS ORDERED that the motion to admit Michael Correnti
pro hac vice (Doc. 21) is GRANTED on the condition that Mr. Correnti does his
own work. This means that he must: (1) do his own writing; (2) sign his own
pleadings, motions, and briefs; and (3) appear and participate personally. Counsel

1

shall take steps to register in the Court's electronic filing system (CM-ECF).

Further information is available on the Court's website, www.mtd.uscourts.gov, or

from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Correnti within fifteen (15) days of this Order, files a separate pleading

acknowledging his admission under the terms set forth above.

Dated this 15th day of August, 2019.

Dana L. Christensen, Chief Judge
United States District Court