IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS ALLT and ADRIANA ALLT, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM J. GEORGE, dba MONTANA MOBILE TRUCK & TRAILER REPAIR; EUGENE TRUCK HAVEN, INC., dba TRUCK N TRAVEL; TA OPERATING MONTANA LLC, dba TRAVEL CENTERS OF AMERICA; and BUSINESS ENTITIES I through X,<br><br>Defendants. | CV 19-98-M-DLC<br><br>ORDER |

Defendants have filed a motion requesting the telephonic scheduling conference scheduled for July 15, 2020, at 3:00 p.m. be continued to a time later that same day. The motion being unopposed and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The telephonic scheduling conference is RESET for July 15, 2020, at 3:45 p.m. All counsel shall

1

call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

DATED this 13th day of July, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge