IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS ALLT and ADRIANA ALLT, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM J. GEORGE, dba MONTANA MOBILE TRUCK & TRAILER REPAIR; EUGENE TRUCK HAVEN, INC., dba TRUCK N TRAVEL; TA OPERATING MONTANA LLC, dba TRAVEL CENTERS OF AMERICA; and BUSINESS ENTITIES I through X,<br><br>Defendants. | CV 19–98–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiffs' Stipulation and Unopposed Motion to Dismiss with Prejudice Tim J. George, DBA Montana Mobile Truck & Trailer Repair. (Doc. 73.)

IT IS ORDERED that Tim J. George is dismissed from this case with prejudice. Tim J. George is responsible for his attorney fees and court costs.

DATED this 16th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court