IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS ALLT and ADRIANA ALLT, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVEL CENTERS OF AMERICA, INC., d/b/a TA OPERATING LLC; and BUSINESS ENTITIES I through X,<br><br>Defendants. | CV 19–98–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 85.)

IT IS ORDERED that the above-captioned case is DISMISSED with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this 11th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court